```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-01341-RNO
Nicole M. Marshall                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: admin        Page 1 of 1        Date Rcvd: Apr 20, 2017
                        Form ID: ntmtdx7    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.
db        +Nicole M. Marshall,   123 Stence Lane,   Millersburg, PA 17061-8441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                          Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:
        Chad J. Julius   on behalf of Debtor Nicole M. Marshall cjulius@ljacobsonlaw.com, brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
        Leon P. Haller (Trustee)   lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 3

ntmtdx7 03/2015

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Nicole M. Marshall
Debtor(s)

Chapter 7

Case No. 1:17−bk−01341−RNO

## Notice of Motion of United States Trustee to Dismiss Case Pursuant to 11 USC §707 (a)(3)

Notification of the following Motion To Dismiss Case is being given to the above captioned debtor(s), debtor's attorney and parties in interest. The Debtor(s) may file a response to the United States Trustee's Text Motion or resolve it by immediately filing a complete list of creditors, listing the name and complete mailing address of each creditor on or before **May 3, 2017.**

Failure to file the complete list of creditors by the above deadline will result in dismissal of the case without further notice or hearing.

**The Text Motion as filed in this case reads:**

**The United States Trustee moves to Dismiss the Debtor(s) case pursuant to 11 USC §707(a)(3) for failure to file a complete list of creditors. A list of creditors, including the name and mailing address of all creditors, is required so that each creditor is given timely notice by the Clerk of the Court of the order for relief, imposition of the automatic stay, and the time and place for the meeting of creditors.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AutoDocketer |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 20, 2017 |